**Opinion issued October 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00755-CV

_____

**IN RE RICHLENE JOANNIDES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Richlene Joannides, filed a petition for writ of mandamus. On October 13, 2014, relator filed a motion to dismiss the petition, stating the parties have resolved the matter and requesting that the Court dismiss the original proceeding.

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle